

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00227-CV

**IN RE M.I.A., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02030
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

Appellee's unopposed first motion for an extension of time to file the appellee's brief is granted. We order the appellee's brief due September 9, 2019. We note the appellant's brief was filed on June 19, 2019. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Given the time constraints governing the disposition of this appeal, further request for extensions of time will be disfavored. Counsel for appellee is therefore notified that if the appellee's brief is not filed on September 9, 2019, this appeal will be set for submission without further notice.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court